AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JAVIER PENAGOS-ESTRADA | CASE NUMBER: 08cr571-LAB |

I, <u>JAVIER PENAGOS-ESTRADA</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/28/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Javier Penagos Estrada
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY