

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAVIER PENAGOS-ESTRADA,<br><br>            Defendant. | Criminal Case No. <u>08CR0571-LAB</u><br><br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about September 23, 2006, within the Southern District of California, defendant JAVIER PENAGOS-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:mg:San Diego
3/21/08

## Count 2

On or about January 23, 2008, within the Southern District of California, defendant JAVIER PENAGOS-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: April 8 2008.

KAREN P. HEWITT
United States Attorney

*Cynthia Miller* for

W. MARK CONOVER
Assistant U.S. Attorney