Clear Form

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED APR 08 2008

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

JAVIER PENAGOS-ESTRADA.

CASE NUMBER: 08 CR 0571-LAB / GT

I, __JAVIER PENAGOS-ESTRADA__, the above named defendant, who is accused of

8 USC 1325 ILLEGAL ENTRY (MISDEMEANOR)
8 USC 1325 ILLEGAL ENTRY (FELONY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/8/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Javier Penagos E._
    Defendant

_Carry Gou_
Counsel for Defendant

Before _Gordon Thompson Jr._
         Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd